■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PEREZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 27, 1977, convicting him of criminal sale of a controlled substance in the first and second degrees, upon a jury verdict,

and imposing sentence. Judgment affirmed. We find that no reversible error was committed (see CPL 470.05, subd 1; *People v Crimmins,* 36 NY2d 230). Hopkins, J. P., Latham, Cohalan and Damiani, JJ., concur.